ORIGINAL

Michael T. Pines (INACTIVE - SBN 77771)
Pines & Associates
*In Pro Per*
701 Palomar Airport Rd. #300
Carlsbad, Ca. 92011
Telephone: 760-518-5867
Facsimile: 760-301-0093
michaeltpines@gmail.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MICHAEL T PINES,
  Plaintiff,

vs.

STATE OF CALIFORNIA, a government entity, COUNTY OF LOS ANGELES, a government entity, COUTNY OF SAN DIEGO, a government entity, COUNTY OF VENTURA, a government entity, KAMALA D. HARRIS, individually and in her capacity as Attorney General of the State of California, THE STATE BAR OF CALIFORNIA, a public corporation, BONNIE DUMANIS, individually and in her capacity of the District Attorney of San Diego, TONY RACKAUCKAS, individually and in his capacity as District Attorney of Orange County, GREGORY TOTTEN, individually and in his capacity as District Attorney of Ventura County, THE HONORABLE JUDGE ANDRE MANSSOURIAN, in his individual capacity and as a judge of the Superior Court, PETER PIERCE in his individual capacity and in his capacity as a Deputy District Attorney for the County of Orange, DAN SCHMITT in his individual capacity and as an investigator for the Office of the District Attorney for the County of San Diego, JAMIE PENFILED in her individual capacity and as a Deputy District Attorney for the County of Ventura, JAMES ROMO in his individual capacity and as a Deputy District Attorney for the County of San Diego, and DOES 1-50;
  Defendants.

Case No. CV11-07581 RGK (MRW)

COMPLAINT

JURY DEMAND

1

Plaintiff demands a jury trial and alleges

## I. INTRODUCTION

1. This case is related to *Baroni et. al, v. State of California*, ("*Boroni*") pending before this court, Case # LACV11-7303. Plaintiff incorporates the allegations in the complaint in that matter by reference and incorporates them herein. Plaintiff has been victimized by the scheme alleged therein. At its core, this case is about predatory lending practices, and the biggest fraud ever perpetrated in the U.S. – mortgage and foreclosure fraud and securitization. The Defendants are knowingly and intentionally aiding and abetting in such criminal conduct and have been bribed by the "banks" to do so.

## II. JURISDICTION AND VENUE

2. This court has jurisdiction pursuant to 42 U.S.C. §1983 and 28 U.S.C. §§ 1331 and 1343.

## III. PARTIES

3. Plaintiff MICHAEL T PINES is a natural person who resides in the County of San Diego, State of California.

4. Defendants State of California, Harris, and the State Bar of California acted as set forth in the *Boroni* matter giving this court jurisdiction and venue.

5. Defendant District Attorneys, took the actions further by knowingly prosecuting the Plaintiff and others in San Diego County, Orange County, and Ventura County, when they had actual knowledge no crime had been committed to discourage and harass Plaintiff from pursuing legal actions for property owners.

6. Defendant, Judge Andre Manssourian was indirectly bribed by J.P. Morgan Chase and Bank of America, had actual knowledge that he had a direct financial interest in the criminal case in which Plaintiff was prosecuted, and refused to disqualify himself and placed the Plaintiff into custody all for the purpose of attempting to conceal the bribery.

7. Defendant State Bar of California has a long history of corruption.

An example are the matters referenced in Exhibit "A". Chief Trial Counsel prior to James Towery resigned as a result of the corruption. James Towery resigned as of July 1, 2011 as a result thereof.

8. Plaintiff is informed and believes and based thereon alleges that in a case pending in the San Diego Superior Court it was revealed that the San Diego District Attorney made misrepresentations and/or manufactured evidence to conceal a murder as part of it's ongoing scheme to discredit Plaintiff and others he is working with.

9. Plaintiff is informed and believes that the office of Defendant California Attorney General is investigating the incident.

## FIRST CAUSE OF ACTION

### Violation of Civil Rights Under 42 U.S.C. §1983

### (By Plaintiff Against All Defendants)

10. Plaintiff incorporates all of the above paragraphs of this Complaint and of the *Boroni* matter as though set forth herein.

11. At all times relevant hereto, the conduct of Defendants and each of them was subject to U.S.C. §§1983, 1985, 1986, and 1988.

12. Acting under color of law, Defendants and each of them acted and conspired together to deny Plaintiff his rights, privileges, and/or immunities and guaranteed by the U.S. Constitution or by federal law including:

   a. By depriving him of his right to property without due process of law;

   b. By making an unreasonable search and seizure of his property without due process of law;

   c. By knowingly and intentionally accepting benefits from numerous financial institutions to deter plaintiff from practicing law and representing real property owners;

   d. The acts of Defendant State Bar contained in Exhbit "A" were in part revealed by Plaintiff, which retaliated for such.

13. By taking the above-described actions, each Defendant deprived the Plaintiff of his rights, privileges and immunities as guaranteed by the Fourth, Fifth, and Fourteen Amendments to the Constitution, as well as 42 U.S.C. §1983.

14. As a direct and proximate result of each Defendant's conduct, Plaintiff suffered general, special, and compensatory damages according to proof in excess of $1 billion.

15. Punitive damages are recoverable pursuant to 42 U.S.C. §1983 where the defendant's conduct is motivated by an evil motive or intent, or where it involves reckless or callous indifference to a plaintiff's federally protected rights. (*Smith v. White*, 461 U.S. 30 (1983); *Clark v. Taylor*, 710 F.2d 4 (1st Cir. 1983).

16. Plaintiff is entitled to costs of suit and reasonable attorney's fees.

## SECOND CAUSE OF ACTION

### Declaratory Relief Under 28 U.S.C. §1983

### (Plaintiff as Against All Defendants)

17. Plaintiff incorporates by reference all of the above paragraphs as though set forth in full herein.

18. There is an actual controversy between Plaintiff and Defendants herein regarding whether Defendants knowingly accepted benefits from large financial institutions and then with malice and ill will seized Plaintiff's property, shut down his law practice, and criminally prosecuted him.

19. Plaintiff seeks a declaratory judgment or decree under 28 U.S.C. §2201 declaring the respective rights and obligations of the parties regarding this issue.

20. Plaintiff is entitled to judgment in his favor against Defendants. Plaintiff is further entitled to costs of suit and reasonable attorney's fees.

## THIRD CAUSE OF ACTION

### For an Injunction Under 28 U.S.C. §2283

### (By Plaintiff Against All Defendants)

21. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as if fully set forth herein.

22. 28 U.S.C. §2283 allows a federal court to issue an injunction against a state court where the prosecution at issue is part of some pattern of harassment against an individual or where the law being enforced is utterly and irredeemably unconstitutional.

23. Plaintiff alleges that both of the above conditions apply herein.

24. Plaintiff therefore requests that this Court issue an order enjoining Defendants, their agents, associates, or those acting in concert with them form prosecuting the Plaintiff in any way.

## REQUESTED RELIEF

A. General damages according to proof in an amount exceeding one billion dollars;

B. Special damages according to proof;

C. Injunctive relief;

D. Punitive damages;

E. Declaratory Relief;

F. Costs of suit and pre and post judgment interest;

G. Reasonable attorney's fees;

H. Grant such other relief a the Court may deem just and proper.

Dated: September 9, 2011    _____

Michael T. Pines

Name & Address:
MICHAEL T. PINES
701 PALOMAR AIRPORT RD. #300
CARLSBAD, CA. 92011

**FOR OFFICE USE ONLY**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL T. PINES | CASE NUMBER |
|---|---|
| PLAINTIFF(S) <br> v. <br> STATE OF CALIFORNIA, <br> See Attached <br> DEFENDANT(S). | CV11-07581 RGK (MRW) <br><br> SUMMONS |

TO:     DEFENDANT(S). _____

_____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Michael T Pines_, whose address is _701 Palomar Airport Rd #300 Carlsbad Ca 92011_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SEP 1 4 2011

Dated: _____

Clerk, U.S. District Court

By: __JULIE PRADO__
Deputy Clerk
(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

**FOR OFFICE USE ONLY**

1 | Michael T. Pines (INACTIVE - SBN 77771)
Pines & Associates
2 | *In Pro Per*
701 Palomar Airport Rd. #300
3 | Carlsbad, Ca. 92011
Telephone: 760-518-5867
4 | Facsimile: 760-301-0093
michaeltpines@gmail.com

5 | Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL T PINES, <br> Plaintiff, <br><br> vs. <br><br> STATE OF CALIFORNIA, a government entity, COUNTY OF LOS ANGELES, a government entity, COUTNY OF SAN DIEGO, a government entity, COUNTY OF VENTURA, a government entity, KAMALA D. HARRIS, individually and in her capacity as Attorney General of the State of California, THE STATE BAR OF CALIFORNIA, a public corporation, BONNIE DUMANIS, individually and in her capacity of the District Attorney of San Diego, TONY RACKAUCKAS, individually and in his capacity as District Attorney of Orange County, GREGORY TOTTEN, individually and in his capacity as District Attorney of Ventura County, THE HONORABLE JUDGE ANDRE MANSSOURIAN, in his individual capacity and as a judge of the Superior Court, PETER PIERCE in his individual capacity and in his capacity as a Deputy District Attorney for the County of Orange, DAN SCHMITT in his individual capacity and as an investigator for the Office of the District Attorney for the County of San Diego, JAMIE PENFILED in her individual capacity and as a Deputy District Attorney for the County of Ventura, JAMES ROMO in his individual capacity and as a Deputy District Attorney for the County of San Diego, and DOES 1-50; <br> Defendants. | Case No.: <br><br> **COMPLAINT** <br><br> **JURY DEMAND** |

1

**ORIGINAL**

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
MICHAEL T. PINES

**DEFENDANTS**
STATE OF CALIFONRIA, ET. AL.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Michael T. Pines
701 Palomar Airport Rd. #300
Carlsbad, Ca. 92011     760-518-5867

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☑ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No  ☑ **MONEY DEMANDED IN COMPLAINT:** $ 1 billion

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
42 U.S.C. § 1983

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 462 Naturalization Application | ☑ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

CV11-07581

**FOR OFFICE USE ONLY:** Case Number: _____
AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☒ Yes
If yes, list case number(s): LACV11- 7303  *LACV11- 7303*

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Diego | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _/s/ Renee T. Ray_  Date  9/13/11

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| WESTERN DIVISION | | SOUTHERN DIVISION |
| --- | --- | --- |
| 312 North Spring Street, Room G-8 | | 411 West Fourth Street, Suite 1053 |
| Los Angeles, CA 90012 | | Santa Ana, CA 92701-4516 |
| Tel: (213) 894-7984 | | (714) 338-4750 |

**TERRY NAFISI**
District Court Executive and
Clerk of Court

September 14, 2011

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Michael T. Pines
Pines & Associates
in pro per
701 Palomar Airport Rd # 300
Carlsbad, Ca 92011

Dear Sir/Madam:

    A Complaint for Civil Rights was filed today on your behalf and assigned civil case number 11CV7581 RGK (MRW)_____. Please refer to this case number in all future communications.

    Please address all correspondence to the attention of the Courtroom Deputy Clerk for:

    ☒ Magistrate Judge Michael R. Wilner_____
at the address checked below:

| ☒ Western Division | ☐ Southern Division | ☐ Eastern Division |
| --- | --- | --- |
| 312 N. Spring Street, G-8 | 411 West Fourth St., Ste 1053 | 3470 Twelfth Street, Room 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

    The Court must be notified within fifteen (15) days of any address change. If mail directed to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the case with or without prejudice for want of prosecution.

                                 Sincerely,

                                   Clerk, U. S. District Court

                                   By J.Prado_____
                                      Deputy Clerk

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER:

_____ Plaintiff(s)

v.

_____ Defendant(s)

**DISMISSAL OF PARTIES DESIGNATED BY A FICTITIOUS NAME**

**COMES NOW** the Plaintiff _____
in the above-entitled action and hereby dismisses the complaint as to every party designated in the complaint by a fictitious name, to wit:

Dated: _____          _____
                                                                Attorney for Plaintiff

DISMISSAL OF PARTIES DESIGNATED BY A FICTITIOUS NAME

CV-5 (11/76)