1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

10

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18

| | |
|---|---|
| MICHAEL T. PINES, | ) Case No. CV 11-7581 RGK (MRW) |
|            Plaintiff, | ) |
|        vs. | ) JUDGMENT |
| STATE OF CALIFORNIA, et al., | ) |
| | ) |
| _____ | ) |

19        Pursuant to the Order Dismissing Action, IT IS ADJUDGED that the action

20   is dismissed without prejudice.

21   DATE:  November 23, 2011

22   _____

23   HON. R. GARY KLAUSNER
     UNITED STATES DISTRICT JUDGE

24
25
26
27
28